_Alison Jay_
Alison Jay
Personal Representative of the
Estate of Jeremy Wesley Jay, Deceased.

SWORN to and subscribed before me
This 21 day of July , 2011

_Mary L. Keith_
Notary Public for South Carolina
My Commission Expires: _____

*[Notary Seal: MARY L. KEITH, NOTARY PUBLIC, SOUTH CAROLINA, My Commission Expires 01-16-2017]*