Exhibit "A"

STATE OF SOUTH CAROLINA                                    PROBATE COURT
COUNTY OF EDGEFIELD

IN THE MATTER OF **JEREMY WESLEY JAY**

CASE NUMBER **2009-ES-19-00172**

## CERTIFICATE OF APPOINTMENT

This is to certify that

**ALISON JAY**

is/are qualified

- ☒ PERSONAL REPRESENTATIVE(S)
- ☐ GUARDIAN
- ☐ CONSERVATOR
- ☐ TRUSTEE
- ☐

in the above matter and that this appointment, having been executed on the **5TH** day of **NOVEMBER, 2009**, is now in full force and effect, including authorization to receive all monies, income, principal, interest & dividends of and belonging to said estate.

**RESTRICTIONS: ONLY THOSE IMPOSED BY LAW.**

Executed this **5TH** day of **NOVEMBER, 2009**.

Do not accept a copy of this certificate without
The raised seal of the Probate Court.

ROBERT E. PEELER                    , Judge of Probate

FORM #141PC (1/91)