Exhibit "C"

## DISBURSEMENT SCHEDULE

| | |
|---|---|
| **GROSS SETTLEMENT PROCEEDS:** | $1,648,675.00 |
| Attorneys' Case Expenses: | $29,269.00 |
| **NET PROCEEDS FOR DISTRIBUTION:** | $1,619,406.00 |
| Attorneys' Fee (30%): | $485,821.00 |
| **NET DISTRIBUTION TO CLIENT:** | $1,133,585.00 |
| **REMAINING BALANCE:** | .00 |