IN THE UNITED STATES DISTRICT COURT
STATE OF SOUTH CAROLINA
GREENWOOD DIVISION
CIVIL ACTION NO. ___8:09-cv-03029-JMC___

ALISON JAY,                                    )
PERSONAL REPRESENTATIVE OF THE                 )
ESTATE OF JEREMY WESLEY                         )
JAY, DECEASED                                   )
                                                )
            PLAINTIFF,                          )
                                                )
v.                                              )
                                                )
GREENTREE TRANSPORTATION                        )
COMPANY et al                                   )
                                                )
                                                )
            DEFENDANTS.                          )
                                                )

## CERTIFICATION

COMES NOW the undersigned, Jack B. McNamee, and having read the foregoing Motion attest to this Honorable Court that he is legal counsel for Movant and in his opinion the settlement of this matter is fair and reasonable and in the best interest of the statutory beneficiaries and the Estate of the decedent, Jeremy Jay.

_____
Jack B. McNamee

SWORN to and subscribed before me

This _22_ day of ___July___, 2011

Mary M. Woods

Notary Public for Alabama

My Commission Expires: _3/12/12_