IN THE UNITED STATES DISTRICT COURT
STATE OF SOUTH CAROLINA
GREENWOOD DIVISION
CIVIL ACTION NO.  8:09-cv-03029-JMC

| | |
|---|---|
| ALISON JAY,<br>PERSONAL REPRESENTATIVE OF THE<br>ESTATE OF JEREMY WESLEY<br>JAY, DECEASED<br><br>PLAINTIFF,<br><br>v.<br><br>GREENTREE TRANSPORTATION<br>COMPANY et al<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## VERIFICATION

PERSONALLY appeared before me Alison Jay, who, being first duly sworn, deposes and says: That the undersigned is your Movant herein that the undersigned has read the foregoing Motion and the allegations thereof are true of Movant's own knowledge, except for such matters and things as may be set forth therein on information and belief, and those Movant believes to be true.

_Alison Jay_
Alison Jay, Movant

SWORN to and subscribed before me
This 21st day of July, 2011
_Charles S. Simons_
Notary Public for South Carolina
My Commission Expires: 10-06-2020